# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CHAVEZ, an individual, | Case No.: 2:24-cv-10091-PA-SSC |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, | |
| Defendant. | |

1  Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice. The Court declines to retain jurisdiction.

**IT IS SO ORDERED.**

DATE: January 5, 2026

_____
Percy Anderson
United States District Judge